PHILLIP A. TALBER
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20CR00138-1 NONE |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' SENTENCING MEMORANDUM |
| ELENO FERNANDEZ-GARCIA, | |
| Defendant. | DATE: August 6, 2021<br>TIME: 8:30 a.m.<br>COURT: Hon. Dale A. Drozd |

Pursuant to the plea agreement, the United States of America agreed to recommend a low-end Guidelines sentence in this matter.

Here, the Guidelines have not been amended to reflect the First Step Act's amendments to the safety valve. The probation officer therefore recommends a two-level downward variance, resulting in a Guidelines range of 70 to 87 months. If the Court is inclined to follow the probation officer's recommendation, the government asks the Court to follow the recommendation only if the defendant agrees to refrain from seeking an additional two-level reduction if and when the Sentencing Commission amends the Guidelines in accordance with the First Step Act.

In addition, the United States would oppose any further reduction in light of the presence of aggravating factors, namely the significant environmental damage caused by the cultivation operations that the defendant was involved in. The grow site consisted of a large number of marijuana plants

(9,654) in the Basin Creek area of Stanislaus National Forest. The site had evidence of multiple years of activity based on expiration dates from expired food refuse packages. The oldest record of activity was 2018. Basin Creek is the main tributary of the Tuolumne River. The grow site was a half mile from recreational activities (hiking, fishing, camping, and swimming) and Sugar Pine Springs, a spring used for bottled water for Arrowhead and Calistoga.

The environmental impact of the cultivation operation was devastating to the land and natural resources. Evidence of 837 pounds of soluble fertilizer and 45.65 gallons of liquid fertilizer were discovered at the Basin Creek complex. The below photos depict two rodenticides located throughout the complex, containing diphacinone, a first-generation anticoagulant rodenticide, and Weevelcide, containing aluminum phosphide, which is a restricted-use fumigant pesticide.



The Basin Creek complex lies upstream of several species of conservation concern, including the Central Valley steelhead, federally threatened under the Endangered Species Act (ESA); chinook salmon, federally threatened under the ESA; and yellow-legged frog, a candidate for listing as threatened under both the federal and the California ESA.

UNITED STATES SENTENCING MEMORANDUM                2

Due to the complex's proximity to species of special concern, this complex and its related pesticides posed a significant direct risk from bait consumption or indirectly via food web contamination and trophic level bioaccumulation of toxicants. As noted in the plea agreement, a dead raccoon was found within the complex. Although there was evidence that it had been scavenged, there were no obvious signs that would indicate its death was attributed to predation. Furthermore, two air rifles and several slingshots were found at the campsite, potentially being used to poach wildlife or as a deterrent.

In addition, nearly all the native vegetation within the site had been cleared to make room for the marijuana plants and to build makeshift furniture for the campsites. The clearing of native plants and trees posed an environmental hazard by increasing erosion and potential mobility of sediment and toxicants into nearby water systems.

Biologists who surveyed the grow site estimated that 91,713 gallons of water per day was used to irrigate the marijuana plants. This equates to over 13.8 million gallons for the 150-day marijuana growing season. They also conservatively estimated that there were 2,160 pounds of trash and irrigation pipe.

The below photos depict some of the leveled ground and structures built for sleeping, cooking, and eating at the campsite discovered at the Basin Creek Complex.



UNITED STATES SENTENCING MEMORANDUM          3



It will cost the U.S. Forest Service $45,688.00 to repair the damage sustained to the environment as a result of the marijuana cultivation activities in the Basin Creek area of the Stanislaus National Forest. Probation has recommended, and the defendant has agreed, that the Court order restitution in that amount.

Dated: July 16, 2021                                        PHILLIP A. TALBERT
                                                            Acting United States Attorney


                                                    By:     /s/ *Karen A. Escobar*
                                                            KAREN A. ESCOBAR
                                                            Assistant U.S. Attorney