TORRES | TORRES STALLINGS
A LAW CORPORATION
David A. Torres, SBN135059
1318 K. Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: dtorres@lawtorres.com

Attorney for:
ELENO FERNANDEZ-GARCIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:20-CR-00138 NONE-SKO |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE SENTENCING HEARING |
| ELENO FERNANDEZ-GARCIA, | |
| Defendants. | |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE DALE A. DROZD AND KAREN ESCOBAR, ASSISTANT UNITED STATES ATTORNEY AND UNITED STATES PROBATION DEPARTMENT:

**COMES NOW** Defendant, ELENO FERNANDEZ-GARCIA, by and through his attorney of record, DAVID A. TORRES hereby requesting that the Sentencing Hearing currently set for Friday, August 13, 2021, be continued to Thursday, August 19, 2021.

Counsel for defense noted an offense level calculation discrepancy and it was corrected in AUSA Escobar's addendum. However, defendant Fernandez-Garcia continues to have difficulty understanding certain aspects of federal sentencing. I have met with him several times to review the PSI, however, after a recent discussion, it appears defendant requires additional time for counsel to review and explain the procedure. I have scheduled further meetings with defendant to again review the PSI and sentencing procedures, and do not believe he will be ready to proceed on Friday, August 13, 2021.

//

//

**IT IS SO STIPULATED.**

DATED: August 11, 2021

Respectfully Submitted,
*/s/ David A Torres*
DAVID A. TORRES
Attorney for Defendant
ELENO FERNANDEZ-GARCIA

DATED: August 11, 2021

*/s/Karen Escobar*
KAREN ESCOBAR
Assistant U.S. Attorney

## **ORDER**

**IT IS SO ORDERED**. The sentencing hearing currently set for Friday, August 13, 2021, is continued to Thursday, August 19, 2021, at 9:30.

IT IS SO ORDERED.

Dated:   **August 11, 2021**

UNITED STATES DISTRICT JUDGE