PHILLIP A. TALBER
Acting United States Attorney
KAREN A. ESCOBAR
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20CR00138-1 NONE |
|---|---|
| Plaintiff, | |
| v. | UNITED STATES' SUPPLEMENT TO AMENDED SENTENCING MEMORANDUM |
| ELENO FERNANDEZ-GARCIA, | |
| Defendant. | DATE: August 19, 2021<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

The United States, by and through its undersigned counsel, submits this supplement to its amended sentencing memorandum filed herein on August 10, 2021. (Doc. 32.)

The photograph that appears on page 2 of that document was inadvertently cut off. The complete photograph appears on the next page:



Dated:  August 16, 2021

PHILLIP A. TALBERT
Acting United States Attorney

By: /s/ *Karen A. Escobar*
KAREN A. ESCOBAR
Assistant U.S. Attorney