# IN THE UNITED STATES DISTRICT COURT
## FOR THE
<u>  EASTERN  </u> DISTRICT OF <u> CALIFORNIA </u>

FILED JUN 15 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

ELENO FERNANDEZ GARCIA,
Petitioner-Defendant,

Case No. <u>1:20-mj-00083-SKO</u>

V.

United States of America,
Respondent.

## MOTION TO COMPEL COUNSEL TO RELEASE FILES AND RECORD

NOW COMES, the Petitioner-Defendant, <u>Eleno Fer. Garcia</u>, in the above captioned cause, asking this Honorable Court for an order directing defense counsel to turn over all records and files in this case. Defendant places himself at the mercy of this Court because he has made numerous attempts to contact counsel and request copies of his files and records. However, counsel has refused to return correspondences and accept phone calls. Moreover, Petitioner is in the midst of the appellate/habeas process and has limited time to prepare his pleading due to his pro se status.

Therefore, due to counsel holding the files and records hostage, defendant's prayer is that this Court will issue an Order directing counsel to turn over all discovery, Brady material, transcripts of proceedings, and plea agreements filed in the above cause.

RESPECTFULL SUBMITTED this <u>10</u> day of <u>June</u>, 20<u>22</u>.

Name: *Eleno Fernandez Garcia*
Reg. No. *79153-097*
FCI Victorville I
P.O. Box 3725
Adelanto, CA 92301